UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN FERRY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 3:18-cv-02526-WHO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 24 |

On May 31, 2018, I denied plaintiffs' applications to proceed in forma pauperis and ordered them to pay the filing fee and complete service of process in compliance with Federal Rule of Civil Procedure 4. Dkt. No. 15. Plaintiffs then filed two ex parte motions, first asking me to reconsider and later requesting additional time to serve defendants. Dkt. Nos. 17, 18. They paid the filing fee on July 9, 2018. Dkt. No. 19. On July 19, 2018, finding good cause, I extended plaintiffs' deadline to serve the defendants to October 8, 2018 (90 days after they paid the filing fee). Dkt. No. 21. The clerk of the court issued summons to the defendants that same day. Dkt. No. 22.

On October 12, 2018, plaintiffs filed a joint statement indicating their desire to dismiss this action. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk will close the file.

**IT IS SO ORDERED.**

Dated: October 23, 2018

William H. Orrick
United States District Judge